# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

TITUS HENDERSON,

                Plaintiff,

v.

JASON ALDANA, BRIAN CHAPMAN, KEVIN MADDEN, DEANA GRAYCE, THOMAS WEIGAND, PAUL KEMPER and MARY TAYLOR,

                Defendants.

Case No. 20-CV-555-JPS

**ORDER**

      Plaintiff Titus Henderson, an inmate confined at Green Bay Correctional Institution, filed a pro se complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights. ECF No. 1. The Court screened the amended complaint on August 2, 2022 and ordered Defendants to file any motion for summary judgment based on exhaustion grounds within forty-five (45) days. ECF No. 13. Following an extension, on October 14, 2022, Defendants filed a motion for summary judgment based on exhaustion grounds. ECF No. 22. More than thirty days has passed, and, to date, Plaintiff has filed no response.

      The Court orders Plaintiff to file a response to Defendants' motion or otherwise respond on or before **December 9, 2022**. The Court warns Plaintiff that the failure to participate in his case may result in its dismissal for the failure to prosecute.

      Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall file a response to Defendants' motion or otherwise respond on or before **December 9, 2022**.

Dated at Milwaukee, Wisconsin, this 28th day of November, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge