# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## PLRA C.R. 3(b) FINAL ORDER

December 20, 2023

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 23-2612 | TITUS HENDERSON,<br>            Plaintiff - Appellant<br><br>v.<br><br>JASON ALDANA, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00555-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

On October 18, 2023, this court issued an order directing the pro se appellant to file a plra memorandum by November 17, 2023, explaining why the appellant contends the district court's denial of the in forma pauperis motion is erroneous. The appellant has neither paid the $505.00 appellate fee nor filed the plra memorandum. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $505.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman*, 123 *F.3d 429, 433* (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**    (form ID: **142**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

December 20, 2023

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

To: Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
Milwaukee, WI 53202-0000

| | |
|---|---|
| No. 23-2612 | TITUS HENDERSON,<br>　　　Plaintiff - Appellant<br><br>v.<br><br>JASON ALDANA, et al.,<br>　　　Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:20-cv-00555-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| CHOOSE ONE OF THE FOLLOWING: | no record to be returned |
|---|---|
| DATE OF APPELLATE COURT ORDER ASKING FOR MEMO: | 10/18/2023 |
| ENTER DATE DOCUMENT DUE BY: | 11/17/2023 |

form name: **c7_Mandate**　(form ID: **135**)