UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF WISCONSIN

TITUS HENDERSON
          PLAINTIFF                E.D. WIS. 2020-cv-555-JPS

V.

JASON ALDANA, et al.
          DEFENDANTS

MOTION AND ORDER FOR SUBSTITUTION OF DISTRICT JUDGE

Pro-se Plaintiff Titus Henderson, hereby submit Motion For Substitution of District Judge J.P. Stadtmuller based upon the following reasons:

I.) Plaintiff Henderson request Chief Judge Pamala Peppers to grant immediate substituion of Judge Stadtmueller as directed by Fed. Rule Civil Proc. after final Judgment by Seventh Circuit decision as a matter of right.

II.) Plaintiff Henderson request Substitution of Judge Stadtmueller based upon racial bais and intentional personal bais encouraging Defendants to knowingly file false and forged prison files to obtain judgment by fraud.

As grounds for Granting Defendants judgment in this matter, Judge Stadtmueller decision was clear that " Defendants did not when this case by evidence nor litigation".

Plaintiff Henderson has a negative history with Judge Stadtmueller exposing Judge Stadtmueller personal conflict of interest deciding prison cases to cover up support for his cousin Nancy Stadtmueller who was a corrupt nurse at Waupun Corr. Inst. killing inmates by denying prescribed medication.

Now, in three different civil cases on Appeal to Seventh Circuit, Judge Stadtmueller has directed and encouraged State Prison Defendants to file false/forged documents in cases to obtain judgment.

This is only one of many prison civil actions that Judge Stadtmueller has allowed State Defendants to file false prison files to obtain judgment when evidence show a dispute in facts and evidence.

Seventh Circuit Remanded decision for Pavey Hearing to show that Judge Stadtmueller abused his discretion by not allowing and not considering evidence that Prison Defendants did intentionally Lie and submitted false evidence to obtain summary Judgment to have case dismissed.

Because Judge Stadtmueller encouraged and directed Defendants to file false prison documents, in the interest of justice; Plaintiff Henderson is entitled to a fair Judge who will hear evidence without bais.

## CONCLUSION

Based upon the above facts and evidence presented to Seventh Circuit that Dismissal was an abuse of discretion, substitution of Judge by right and by Fed. Rule Evid.;Plaintiff Henderson request Chief Judge Peppers to Grant Substitution of District Judge Stadtmueller.

Dated: April 7,2025.

Respectfully Submitted By:
TITUS HENDERSON 299317
Columbia Corr. Inst.
2925 Columbia Drive
Portage, WI 53901

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 7, 2025

Before

MICHAEL B. BRENNAN, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 23-2612 | TITUS HENDERSON,<br>Plaintiff - Appellant<br><br>v.<br><br>JASON ALDANA, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00555-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

The judgment of the District Court is **AFFIRMED, VACATED,** and **REMANDED.** in accordance with the decision of this court entered on this date. No costs.

Clerk of Court

form name: c7_FinalJudgment (form ID: 132)